## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEM              MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

### ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants'

Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or

Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial

Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys.*

*Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

The Ethicon defendants have complied with the procedures set forth in PTO # 302 and/or # 329,

and the plaintiffs have not filed an opposition. Defendants have informed the court that no other

defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed

to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to

Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH**

**PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the

individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy

of this Order to counsel of record and any unrepresented party.

ENTER: March 25, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|  | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 1 | 2:12-cv-02688 | Soltanshahi, Victoria | 79 |
| 2 | 2:12-cv-02805 | Moosman, Donna & Joe | 77 |
| 3 | 2:12-cv-04659 | Poland, Nyla S. | 54 |
| 4 | 2:12-cv-05749 | Clowes, JoAnn | 62 |
| 5 | 2:12-cv-06954 | Jacob, Liberty & Jack | 46 |
| 6 | 2:12-cv-07968 | Duchene, Margaret L. & Ralph | 53 |
| 7 | 2:12-cv-07982 | Halstead, Susan & J. Wesley | 37 |
| 8 | 2:13-cv-03124 | Hawkins, Deborah & Richard | 14 |
| 9 | 2:13-cv-05933 | McQueary, Terri & James | 14 |
| 10 | 2:13-cv-06266 | Kirk, Darla K. & Roy L. | 17 |
| 11 | 2:13-cv-09295 | Rude, Judith A. & Robert R. | 14 |
| 12 | 2:13-cv-09310 | O'Mara, Carol & Timothy J. | 14 |
| 13 | 2:13-cv-09370 | Lloyd, Sylvia & Mark | 13 |
| 14 | 2:13-cv-09628 | Woolever, Maria Irma & David | 18 |
| 15 | 2:13-cv-09832 | Richey, Dana Atkinson & Charles Don | 16 |
| 16 | 2:13-cv-09897 | Garrison, Julie | 14 |
| 17 | 2:13-cv-10158 | Kelley, Bettie & David | 24 |
| 18 | 2:13-cv-10461 | Gomez, Shirley S. & Joseph M. | 17 |
| 19 | 2:13-cv-11669 | Eberhardt, Tina & Russell | 14 |
| 20 | 2:13-cv-11678 | James, Donna & Charles | 14 |
| 21 | 2:13-cv-11737 | Newman, Rose & Bruce | 14 |
| 22 | 2:13-cv-12355 | Patton, Debbie & Randy | 18 |
| 23 | 2:13-cv-12371 | Kneifl, Diane | 18 |
| 24 | 2:13-cv-12378 | Oliver, Jane Hull | 16 |
| 25 | 2:13-cv-12379 | Perryman, Hope R. | 16 |
| 26 | 2:13-cv-13070 | Pryor, Mildred & Paul | 14 |
| 27 | 2:13-cv-13074 | Sanhueza, Adrienne | 14 |
| 28 | 2:13-cv-13140 | Melton, Lisa & James | 14 |
| 29 | 2:13-cv-13142 | Martin, Melodie | 14 |
| 30 | 2:13-cv-13166 | Weren, Lisa & Greg | 14 |
| 31 | 2:13-cv-13797 | Hossenlopp, Kathleen | 16 |
| 32 | 2:13-cv-13798 | Musgrave, Janet | 16 |
| 33 | 2:13-cv-13805 | Brookhart, Wanda | 16 |
| 34 | 2:13-cv-16349 | Tunney, Christine | 19 |
| 35 | 2:13-cv-16529 | Swanger, Mary & Dewayne | 18 |
| 36 | 2:13-cv-16530 | Timpy, Anna | 22 |
| 37 | 2:13-cv-17015 | Gold, Christine L. & Herman L. | 20 |
| 38 | 2:13-cv-17019 | Walker, Dorothy D. & Richard W. | 20 |
| 39 | 2:13-cv-19276 | Jackson, Gloria & William | 12 |
| 40 | 2:13-cv-19288 | Leighton, Alison | 12 |
| 41 | 2:13-cv-19471 | Mullins-Lawson, Dianne | 18 |
| 42 | 2:13-cv-19804 | Sanchez, Mary | 20 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 43 | 2:13-cv-20149 | Brillhart, Deana Jean | 19 |
| 44 | 2:13-cv-22497 | Asay, Monica & James | 17 |
| 45 | 2:13-cv-22498 | Walton, Elizabeth & Charles | 17 |
| 46 | 2:13-cv-22686 | Briand, Vicki | 18 |
| 47 | 2:13-cv-23403 | Snipes, Veronica & Jeffrey | 24 |
| 48 | 2:13-cv-24156 | Cox, Tennie E. & William Robert | 17 |
| 49 | 2:13-cv-24536 | Ambers, Heather | 16 |
| 50 | 2:13-cv-25066 | Burnworth, Annie | 15 |
| 51 | 2:13-cv-25072 | Caldwell, Judy | 16 |
| 52 | 2:13-cv-25654 | Conrad, Veronica | 16 |
| 53 | 2:13-cv-25663 | Cremer, Emila | 15 |
| 54 | 2:13-cv-25714 | Davis, Marie | 15 |
| 55 | 2:13-cv-25874 | Florence, Candice | 15 |
| 56 | 2:13-cv-26364 | Frydman, Terri | 14 |
| 57 | 2:13-cv-26396 | Fuller, Elizabeth | 14 |
| 58 | 2:13-cv-27020 | Harris, Lucille | 17 |
| 59 | 2:13-cv-28445 | Maillett, Patricia | 14 |
| 60 | 2:13-cv-28453 | Marler, Tami | 14 |
| 61 | 2:13-cv-28522 | Jackson, Louella | 18 |
| 62 | 2:13-cv-29204 | Navarre, Mary | 14 |
| 63 | 2:13-cv-29895 | Pyser, Diane | 17 |
| 64 | 2:13-cv-29899 | Plair, Tammy | 14 |
| 65 | 2:13-cv-30864 | Silcox, Linda | 18 |
| 66 | 2:13-cv-30873 | Soto, Irma | 14 |
| 67 | 2:13-cv-31100 | Mullins, Gwendolyn S. & Larry Dale | 13 |
| 68 | 2:13-cv-32024 | Redlich, Mary | 14 |
| 69 | 2:13-cv-32042 | Rhome, Melisha | 17 |
| 70 | 2:13-cv-32369 | Shown, Julia | 14 |
| 71 | 2:13-cv-32370 | Shriver, Emilee | 14 |
| 72 | 2:13-cv-32378 | Smith, Sandra K. | 14 |
| 73 | 2:13-cv-32460 | Eaves-Park, Deborah | 16 |
| 74 | 2:13-cv-32810 | Potter, Jacqueline Davis & Isaac | 13 |
| 75 | 2:13-cv-33761 | Melton, Martha & Minor Lee | 17 |
| 76 | 2:13-cv-33763 | Miller, Teresa | 14 |
| 77 | 2:13-cv-33961 | Smith, Sandra & Roger | 14 |
| 78 | 2:13-cv-34021 | Winzer, Linda | 14 |
| 79 | 2:14-cv-00968 | St. Jacques, Jacqueline | 18 |
| 80 | 2:14-cv-01654 | King, Janina & Benjamin | 16 |
| 81 | 2:14-cv-03890 | Delph, Jacqueline & Steven | 14 |
| 82 | 2:14-cv-04397 | Ramos, Lesa & Jose | 12 |
| 83 | 2:14-cv-04517 | Richards, Laila M. & Robert R. | 20 |
| 84 | 2:14-cv-05808 | Wise, Annie & Royce | 25 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 85 | 2:14-cv-08498 | Sterling, Beverly | 18 |
| 86 | 2:14-cv-08510 | Stogner, Sheila | 14 |
| 87 | 2:14-cv-09136 | Tomasine, Mabel | 15 |
| 88 | 2:14-cv-09902 | Brock, Tracy | 18 |
| 89 | 2:14-cv-09907 | Ramirez, Teresa | 20 |
| 90 | 2:14-cv-10665 | Knight, Rita & Jerry | 16 |
| 91 | 2:14-cv-10676 | Wrecsics, Michele & Joseph | 16 |
| 92 | 2:14-cv-10926 | Wilcox, Gloria | 11 |
| 93 | 2:14-cv-11229 | Thalblum, Sabrina & Todd | 14 |
| 94 | 2:14-cv-11309 | Schalansky, Janet K. | 10 |
| 95 | 2:14-cv-11388 | Waite, Lisa | 14 |
| 96 | 2:14-cv-11392 | Vaughn, Martha & Dale | 14 |
| 97 | 2:14-cv-12491 | White, Sandra | 14 |
| 98 | 2:14-cv-12675 | Vazquez, Imelda & Oscar | 14 |
| 99 | 2:14-cv-12803 | Schmidt, Jo | 14 |
| 100 | 2:14-cv-12922 | Richardson, Kathy | 15 |
| 101 | 2:14-cv-12942 | Rossetti, Mary Lou & Louis A., Sr. | 13 |
| 102 | 2:14-cv-13248 | Hernandez, Blanca & Jaime | 14 |
| 103 | 2:14-cv-13288 | Valentine, Marisa | 14 |
| 104 | 2:14-cv-13299 | Wilson, Florence | 14 |
| 105 | 2:14-cv-13330 | Lauteret, Gracie | 15 |
| 106 | 2:14-cv-13446 | Owen, Jerry | 13 |
| 107 | 2:14-cv-13458 | Tompkins, Terry Sue | 15 |
| 108 | 2:14-cv-13680 | Mills, Donna & Dennis A. | 14 |
| 109 | 2:14-cv-13698 | Rodriguez, Sharon M. | 15 |
| 110 | 2:14-cv-13985 | Mount, Rose Lee | 12 |
| 111 | 2:14-cv-14012 | Ross, Martha | 14 |
| 112 | 2:14-cv-14013 | Saleet, Judy | 15 |
| 113 | 2:14-cv-14160 | Jones, Donna | 24 |
| 114 | 2:14-cv-16090 | Baker, Anna M. & Larry D. | 21 |
| 115 | 2:14-cv-16092 | Crapps, Mary & Willie | 15 |
| 116 | 2:14-cv-16093 | Jones, Elizabeth A. | 13 |
| 117 | 2:14-cv-16096 | Merle, Nancy & Marvin | 13 |
| 118 | 2:14-cv-16212 | Junker, Mary Ellen & Mark J. | 16 |
| 119 | 2:14-cv-16723 | Smiley, Vickie & Willard | 12 |
| 120 | 2:14-cv-16895 | Sawyer, Susan & Jerry | 11 |
| 121 | 2:14-cv-16898 | Snitker, Julie & Keith | 11 |
| 122 | 2:14-cv-18128 | Almond, Valerie | 15 |
| 123 | 2:14-cv-18356 | Eckroate, Yvonne | 15 |
| 124 | 2:14-cv-18364 | Ellington, Cindy | 15 |
| 125 | 2:14-cv-18406 | Landon, Vickie | 15 |
| 126 | 2:14-cv-18417 | Legere, Cheryl-Ann | 15 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 127 | 2:14-cv-18680 | Agle, Donna | 15 |
| 128 | 2:14-cv-18808 | Bailey-Waterlander, Wynema | 15 |
| 129 | 2:14-cv-18883 | Simmons, Phyllis | 17 |
| 130 | 2:14-cv-18962 | LaRocco, Linda | 15 |
| 131 | 2:14-cv-18973 | Watson, Tammy | 15 |
| 132 | 2:14-cv-18980 | Corral, Annette | 15 |
| 133 | 2:14-cv-18993 | Green, Annette | 15 |
| 134 | 2:14-cv-19073 | Beedle, Barbara & Jeremy | 15 |
| 135 | 2:14-cv-19079 | Grant, Edna & Arthur | 15 |
| 136 | 2:14-cv-19082 | Lont, Phyllis | 22 |
| 137 | 2:14-cv-20926 | Webster, Sally | 14 |
| 138 | 2:14-cv-21007 | Reed, Marlene | 22 |
| 139 | 2:14-cv-21010 | McAdams, Katherine | 14 |
| 140 | 2:14-cv-21011 | Almendarez, Consuela | 15 |
| 141 | 2:14-cv-21013 | Hart, Patricia Elaine | 14 |
| 142 | 2:14-cv-21016 | Santos, Maria | 15 |
| 143 | 2:14-cv-21017 | Braxton, Gloria | 14 |
| 144 | 2:14-cv-21298 | Diss, Cheri | 14 |
| 145 | 2:14-cv-21317 | Dewley, Deborah | 14 |
| 146 | 2:14-cv-21323 | Thompson, Christina | 14 |
| 147 | 2:14-cv-21327 | Taylor, Melissa | 14 |
| 148 | 2:14-cv-21330 | Southard, Sandee Lee | 14 |
| 149 | 2:14-cv-21338 | Tribel, Kathleen | 14 |
| 150 | 2:14-cv-21576 | Davis, Sharon | 14 |
| 151 | 2:14-cv-21596 | Humphrey, Linda | 14 |
| 152 | 2:14-cv-21601 | Johnson, Gloria | 14 |
| 153 | 2:14-cv-21612 | Landreth, Peggy | 14 |
| 154 | 2:14-cv-21643 | Wiedeman, Doris | 13 |
| 155 | 2:14-cv-21723 | Reilly, Maureen C. | 13 |
| 156 | 2:14-cv-21820 | Wylder, Kym | 13 |
| 157 | 2:14-cv-21823 | Shank, Lisa A. & Daniel E. | 14 |
| 158 | 2:14-cv-21968 | Richardson, Dorothy | 22 |
| 159 | 2:14-cv-21980 | Fairfield, Ericka | 14 |
| 160 | 2:14-cv-22014 | Herbert, Linda | 18 |
| 161 | 2:14-cv-22162 | Page, Hilda & William G. | 12 |
| 162 | 2:14-cv-22164 | Hardie, Shirley | 14 |
| 163 | 2:14-cv-22192 | Acevedo, Miriam | 14 |
| 164 | 2:14-cv-22256 | Noon, Dolores Maxine | 12 |
| 165 | 2:14-cv-22266 | Schueler-Siciliano, Dawn & Greg | 13 |
| 166 | 2:14-cv-22272 | Warren, Regina Ann | 13 |
| 167 | 2:14-cv-22307 | Perry, Vela Richardson | 12 |
| 168 | 2:14-cv-22313 | Taylor, Martha & Douglas | 15 |

**EXHIBIT A**

|  | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 169 | 2:14-cv-22354 | Roth, Sally | 13 |
| 170 | 2:14-cv-22447 | Cox, Tammy | 14 |
| 171 | 2:14-cv-22448 | Cole, Trisha | 14 |
| 172 | 2:14-cv-22452 | Brooks, Andrea | 13 |
| 173 | 2:14-cv-22453 | Colvis, Shirley | 14 |
| 174 | 2:14-cv-22555 | Parker, Lois | 14 |
| 175 | 2:14-cv-22642 | Simon, Marilyn | 14 |
| 176 | 2:14-cv-22760 | Carmichael, Marguerite | 14 |
| 177 | 2:14-cv-22772 | Merkel, Rebecca | 14 |
| 178 | 2:14-cv-22792 | Sanders, Carolyn | 15 |
| 179 | 2:14-cv-22798 | Snelling, Doreen | 14 |
| 180 | 2:14-cv-22803 | Price, Carole | 15 |
| 181 | 2:14-cv-22929 | Scott, Tammy | 14 |
| 182 | 2:14-cv-22942 | Preciado, Maria | 15 |
| 183 | 2:14-cv-23039 | Van Hoose, Melinda Sue & Terri | 14 |
| 184 | 2:14-cv-23176 | Hall, Anita | 14 |
| 185 | 2:14-cv-23184 | Vail, Robin | 14 |
| 186 | 2:14-cv-23189 | Wilder, Nancy | 14 |
| 187 | 2:14-cv-23240 | Jacobs, Vickie | 14 |
| 188 | 2:14-cv-23243 | Malone, Sherri | 14 |
| 189 | 2:14-cv-23245 | Middleton, Carol | 14 |
| 190 | 2:14-cv-23356 | Weise, Ronelda | 17 |
| 191 | 2:14-cv-23358 | Miner, Kathryn | 14 |
| 192 | 2:14-cv-23359 | Simbides, Marie | 16 |
| 193 | 2:14-cv-23364 | Watson, Lisa | 14 |
| 194 | 2:14-cv-23365 | Whiting, Silagh | 14 |
| 195 | 2:14-cv-23439 | Long, Theresa | 16 |
| 196 | 2:14-cv-23446 | Dinwiddie, Rosie | 14 |
| 197 | 2:14-cv-23449 | Seidel, Donna | 14 |
| 198 | 2:14-cv-23571 | Rossow-Cone, Marcia | 14 |
| 199 | 2:14-cv-23630 | Vega, Carmen & Walter Oldes | 17 |
| 200 | 2:14-cv-24318 | Jackson, Diana | 14 |
| 201 | 2:14-cv-24328 | Roberts, Cynthia | 14 |
| 202 | 2:14-cv-24331 | Russell, Joyce | 14 |
| 203 | 2:14-cv-24337 | Sullivan, Karen | 14 |
| 204 | 2:14-cv-24342 | Rodgers, Nancy | 13 |
| 205 | 2:14-cv-25022 | Enriquez, Rachel & Fernando | 10 |
| 206 | 2:14-cv-25024 | Higbie, Barbara | 10 |
| 207 | 2:14-cv-25132 | Goold, DeAnna & Forest | 10 |
| 208 | 2:14-cv-25136 | Coyle, Ana M. & Jeffrey | 16 |
| 209 | 2:14-cv-25221 | Wallace, Rebecca | 14 |
| 210 | 2:14-cv-26814 | Huselid, Mary & Charles | 11 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 211 | 2:14-cv-26818 | Tapp, Sandra Ilene & John Charles | 17 |
| 212 | 2:14-cv-27021 | Garavaglia, Deborah A. | 15 |
| 213 | 2:14-cv-29150 | Waack, Connie & Anthony | 11 |
| 214 | 2:14-cv-29973 | Roy, Dayna & Larry D. | 13 |
| 215 | 2:14-cv-29981 | Moore, Melanie Maree & Wes C. | 12 |
| 216 | 2:14-cv-30053 | Price, Sherry & William | 12 |
| 217 | 2:14-cv-30057 | Schepis, Mary & Nicholas | 13 |
| 218 | 2:14-cv-30168 | Riendeau, Jeanne & Roland | 13 |
| 219 | 2:14-cv-30169 | Riley, Mary | 13 |
| 220 | 2:14-cv-30224 | Hoffman, Linda | 9 |
| 221 | 2:14-cv-30369 | Minelli, Jacqueline | 13 |
| 222 | 2:14-cv-30538 | Sherman, Marion Lily | 17 |
| 223 | 2:14-cv-30540 | Smith, Collene Fay | 13 |
| 224 | 2:14-cv-30589 | Smith, Janice | 13 |
| 225 | 2:14-cv-30716 | Morais, Luisa | 12 |
| 226 | 2:14-cv-30718 | Pierce, Rhonda | 17 |
| 227 | 2:14-cv-30806 | Midkiff, Diane & Mark A. | 13 |
| 228 | 2:14-cv-31227 | Trafton, Dale Ann | 13 |
| 229 | 2:14-cv-31233 | Varnum, Rita M. | 19 |
| 230 | 2:14-cv-31271 | White, Ramona L. | 13 |
| 231 | 2:14-cv-31290 | Swanstrom, Jacqueline Judith & Alan E. | 13 |
| 232 | 2:14-cv-31319 | Sims, Julie & Randy | 13 |
| 233 | 2:14-cv-31363 | Rogers, Parryann & James | 13 |
| 234 | 2:14-cv-31444 | Savidge, Stacy Ann & John | 13 |
| 235 | 2:15-cv-01285 | Campbell, Anna & Richard | 17 |
| 236 | 2:15-cv-01287 | Wininger, Cathy & Micheal | 17 |
| 237 | 2:15-cv-01290 | Terrill, Paula | 17 |
| 238 | 2:15-cv-02325 | Clark, Lisa Denise & Willie Eugene | 16 |
| 239 | 2:15-cv-06017 | Virden, Joanna | 13 |
| 240 | 2:15-cv-06833 | Thompson, Susan | 17 |
| 241 | 2:15-cv-07498 | Cary, Sally | 13 |
| 242 | 2:15-cv-08004 | Haley, Denise K. | 14 |
| 243 | 2:15-cv-08061 | Sutton, Rosalee | 13 |
| 244 | 2:15-cv-08066 | Vandermast, Kimberly | 13 |
| 245 | 2:15-cv-08563 | Neudecker, Susan | 16 |
| 246 | 2:15-cv-08600 | Rose, Maria & Edward | 13 |
| 247 | 2:15-cv-08690 | Valqui, Maria | 13 |
| 248 | 2:15-cv-08693 | Vermette, Lilliane | 13 |
| 249 | 2:15-cv-09100 | Cheshire, Debra | 17 |
| 250 | 2:15-cv-09122 | Watson, Mandarin | 13 |
| 251 | 2:15-cv-09294 | White, Karla M. | 13 |
| 252 | 2:15-cv-09882 | Hayden, Helen & John | 12 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 253 | 2:15-cv-09984 | Samp, Sharon | 21 |
| 254 | 2:15-cv-10360 | Newkirk, Dorothy & Stephen | 11 |
| 255 | 2:15-cv-10715 | Monroe, Stephanie | 11 |
| 256 | 2:15-cv-10761 | Schleicher, Flossie | 12 |
| 257 | 2:15-cv-10768 | Soto, Milagros & Sergio | 13 |
| 258 | 2:15-cv-10793 | Wagner, Mary Lee & Ronald | 13 |
| 259 | 2:15-cv-11922 | Morris, Sandra & Frederick | 16 |
| 260 | 2:15-cv-12703 | Ramos, Maria | 11 |
| 261 | 2:15-cv-13262 | Sapien, Patricia M. & Robert | 12 |
| 262 | 2:15-cv-13267 | Dill, Melanie & Barry | 12 |
| 263 | 2:15-cv-13818 | Sinclair, Cynthia Lucille | 13 |
| 264 | 2:15-cv-13982 | Breeden, Mary D. & David O. | 56 |
| 265 | 2:15-cv-14032 | Huffman, Shirlene D. | 61 |
| 266 | 2:15-cv-14053 | Omerovic, Medina | 59 |
| 267 | 2:15-cv-14054 | Pearson, Donna | 55 |
| 268 | 2:15-cv-14092 | Kotzen, Lauri | 60 |
| 269 | 2:15-cv-14098 | Smith, Gracie E. | 12 |
| 270 | 2:15-cv-14138 | Vokaty, Georgina | 55 |
| 271 | 2:15-cv-14284 | Sedlacek, Sherry | 13 |
| 272 | 2:15-cv-14783 | Mullins, Felicia & Defield Randall | 18 |
| 273 | 2:15-cv-14952 | Milczarek, Maria | 15 |
| 274 | 2:15-cv-15239 | Blackwell, Marie | 14 |
| 275 | 2:15-cv-15367 | Flynn, Vicki M. & Kevin | 13 |
| 276 | 2:15-cv-15368 | Polhamus, Mary Lee | 11 |
| 277 | 2:15-cv-15369 | Powell, Janet & Alonzo | 11 |
| 278 | 2:15-cv-15384 | Slice, Susan S. & Larry C. | 12 |
| 279 | 2:15-cv-15414 | Watson, Della | 12 |
| 280 | 2:15-cv-15760 | Mericle, Jo Ann | 13 |
| 281 | 2:15-cv-15762 | Metz, Courtenay | 13 |
| 282 | 2:15-cv-15817 | Pierce, Laurie | 14 |
| 283 | 2:15-cv-15990 | Reuther, Dianne & James | 12 |
| 284 | 2:15-cv-16003 | Snell, Nancy & Bradley | 12 |
| 285 | 2:15-cv-16016 | Yates, Tracy | 13 |
| 286 | 2:15-cv-16022 | Skelton, Vickie Ruth | 77 |
| 287 | 2:15-cv-16040 | Teichman, Yvette & Bobby | 12 |
| 288 | 2:15-cv-16148 | Tobin, Irene | 13 |
| 289 | 2:15-cv-16281 | Staton, Tamara | 12 |
| 290 | 2:15-cv-16426 | Billdt, Karla & Donald | 14 |
| 291 | 2:16-cv-00366 | Trumble, Nicole & Jay | 13 |
| 292 | 2:16-cv-00805 | Ratliff, Minnie & Richard | 12 |
| 293 | 2:16-cv-01051 | Mills, Damara | 12 |
| 294 | 2:16-cv-01386 | Greene, Samantha & Timothy | 12 |

**EXHIBIT A**

|  | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 295 | 2:16-cv-02257 | Chapman, Brenda & Richard | 18 |
| 296 | 2:16-cv-02517 | Nenninger, Taunya & Randall, II | 10 |
| 297 | 2:16-cv-02576 | Cully, Tammy | 15 |
| 298 | 2:16-cv-02815 | Willett, Peggy | 12 |
| 299 | 2:16-cv-02826 | Patton, Melissa | 11 |
| 300 | 2:16-cv-02853 | Murphy, Rhonda & James P., III | 11 |
| 301 | 2:16-cv-03011 | Beauregard, Lori & Robert | 22 |
| 302 | 2:16-cv-03428 | Walker, Thadeen | 13 |
| 303 | 2:16-cv-03433 | Woodby, Linda | 14 |
| 304 | 2:16-cv-03462 | Weller, Saundra | 13 |
| 305 | 2:16-cv-03517 | Cameron, Margaret | 13 |
| 306 | 2:16-cv-03523 | Dietz, Wendy | 12 |
| 307 | 2:16-cv-03524 | Slivinski, Teresa | 13 |
| 308 | 2:16-cv-03553 | Bruffett, Mary & Jeff | 12 |
| 309 | 2:16-cv-03599 | Pagan, Vivian | 11 |
| 310 | 2:16-cv-03748 | Roberson, Lanetra | 11 |
| 311 | 2:16-cv-03785 | Russell, Sherri | 11 |
| 312 | 2:16-cv-03788 | Rust, Kimberly & Michael | 11 |
| 313 | 2:16-cv-03794 | Mossburg-Poole, Jeanette & James | 10 |
| 314 | 2:16-cv-03925 | Newell, Rebecca | 11 |
| 315 | 2:16-cv-03958 | Rubell, Victoria | 12 |
| 316 | 2:16-cv-04065 | Roop, Vicki Lee & Frank Logan | 12 |
| 317 | 2:16-cv-04264 | Barnett, Crystal | 15 |
| 318 | 2:16-cv-04319 | Smart, Laura | 13 |
| 319 | 2:16-cv-04634 | Rusher, Judy A. & Ed | 13 |
| 320 | 2:16-cv-04984 | Proctor, Judy D. & Leslie | 12 |
| 321 | 2:16-cv-05341 | Vaught, Tammy | 13 |
| 322 | 2:16-cv-05502 | Melvoin, Susannah | 12 |
| 323 | 2:16-cv-06749 | West, Stacyanne | 14 |
| 324 | 2:16-cv-06779 | Buttolph, Kathryn | 12 |
| 325 | 2:16-cv-07034 | Pruett, Rebecca & Howell | 13 |
| 326 | 2:16-cv-07256 | Taney, Lori | 11 |
| 327 | 2:16-cv-08159 | Shutt, Karie & Randy | 18 |
| 328 | 2:16-cv-08577 | Wilson, Tina | 12 |
| 329 | 2:16-cv-08588 | Smith, Shellie & Charles D. | 13 |
| 330 | 2:16-cv-09055 | Schroeder, Sheri Kanter & Dale | 11 |
| 331 | 2:16-cv-09075 | Gregory, Mary | 10 |
| 332 | 2:16-cv-09078 | Bruno, Elena | 11 |
| 333 | 2:16-cv-09082 | Nobles, DiAnn & Jim, Jr. | 11 |
| 334 | 2:16-cv-09085 | Kokinelis, Kathleen & Nickolas | 11 |
| 335 | 2:16-cv-09088 | McCombs, Karen & Collis | 10 |
| 336 | 2:16-cv-09100 | Everett, Sandra & David, Sr. | 11 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 337 | 2:16-cv-09127 | Koenig, Darcy | 11 |
| 338 | 2:16-cv-09260 | Ray, Elizabeth Ann & Gary L. | 11 |
| 339 | 2:16-cv-09471 | Johnson, Denise & Michael | 13 |
| 340 | 2:16-cv-09472 | Lawson, Susan & James | 13 |
| 341 | 2:16-cv-09474 | Ealy, Zora & Chester | 13 |
| 342 | 2:16-cv-09478 | MacDonald, Marjorie & Clyde | 13 |
| 343 | 2:16-cv-09482 | Billings, Sonya | 12 |
| 344 | 2:16-cv-09483 | Lutz, Joyce | 13 |
| 345 | 2:16-cv-09502 | Steagall, Roberta & Michael, Sr. | 14 |
| 346 | 2:16-cv-09619 | Moder, Gail | 13 |
| 347 | 2:16-cv-09634 | Williams, Vicki | 13 |
| 348 | 2:16-cv-09745 | Palazzolo, Kathleen | 11 |
| 349 | 2:16-cv-09762 | Shelman, Harriet | 12 |
| 350 | 2:16-cv-10567 | Willard, Dorothy | 13 |
| 351 | 2:16-cv-10621 | Sullivan, Jennifer A. | 12 |
| 352 | 2:16-cv-10640 | Silverman, Joan | 12 |
| 353 | 2:16-cv-10661 | Vaught, Shelby J. | 12 |
| 354 | 2:16-cv-10698 | Osgood, Gail R. | 10 |
| 355 | 2:16-cv-10790 | Sollazzo, Jeanne Kay | 12 |
| 356 | 2:16-cv-10850 | Ruiz, Karen | 11 |
| 357 | 2:16-cv-10855 | Schissler, Cynthia | 12 |
| 358 | 2:16-cv-10929 | Ward, Rhonda | 11 |
| 359 | 2:16-cv-10931 | Negron-Pagan, Margarita | 11 |
| 360 | 2:16-cv-10936 | Steen, Pamela | 12 |
| 361 | 2:16-cv-10965 | Tobias, Kimberly J. | 18 |
| 362 | 2:16-cv-11079 | Saeed, Suham | 11 |
| 363 | 2:16-cv-11226 | Stedt, Joyce A. | 12 |
| 364 | 2:16-cv-11255 | Plemons, Eula J. | 11 |
| 365 | 2:16-cv-11440 | Skeen, Karen | 12 |
| 366 | 2:16-cv-11550 | Shrader, Janice | 11 |
| 367 | 2:16-cv-11653 | Walker, Rebecca | 12 |
| 368 | 2:16-cv-11661 | Stanley, Claris | 11 |
| 369 | 2:16-cv-11763 | Truschke, Mary | 12 |
| 370 | 2:16-cv-11766 | Mitchell, Donna Kay | 10 |
| 371 | 2:16-cv-11783 | Rawlins, Mary | 12 |
| 372 | 2:16-cv-12117 | Reed, Tammy | 12 |
| 373 | 2:16-cv-12179 | Smallwood, Rhonda | 18 |
| 374 | 2:16-cv-12314 | Pakh, Tatiana | 11 |
| 375 | 2:16-cv-12354 | Steele, Julia | 15 |
| 376 | 2:16-cv-12361 | Walker, Laura | 20 |
| 377 | 2:16-cv-12531 | Palleschi, Cynthia | 12 |
| 378 | 2:16-cv-12672 | German, Ellen | 11 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 379 | 2:16-cv-12679 | Garcia, Eva & Jorge | 13 |
| 380 | 2:16-cv-12691 | Fogle, Karen | 13 |
| 381 | 2:16-cv-12768 | Neff, Timothy, as Personal Representative of the Estate of Lois Jean Neff | 12 |
| 382 | 2:17-cv-00038 | Rivera, Patricia | 13 |
| 383 | 2:17-cv-00374 | Ness, Judith | 12 |
| 384 | 2:17-cv-00418 | Ryan, Yvette | 15 |
| 385 | 2:17-cv-00420 | Thornhill, Linda | 17 |
| 386 | 2:17-cv-00530 | Ross, Leah | 12 |
| 387 | 2:17-cv-00540 | Sweeney-Warnick, Lorie | 13 |
| 388 | 2:17-cv-00586 | Robbins, Sondra | 13 |
| 389 | 2:17-cv-01847 | Stanly, Jo Ann | 13 |
| 390 | 2:17-cv-01861 | Booth, Robin Sue & Jeff | 11 |
| 391 | 2:17-cv-02075 | Wilkerson, Teresa | 11 |
| 392 | 2:17-cv-02081 | Burns, Kristin (f/k/a Kristin Ritchey) | 13 |
| 393 | 2:17-cv-02115 | Dannaker, Virginia | 14 |
| 394 | 2:17-cv-02373 | Quellhorst, Tanna | 13 |
| 395 | 2:17-cv-02376 | Rivera, Otenaida | 17 |
| 396 | 2:17-cv-02386 | Searcy, Shelly & Patrick | 13 |
| 397 | 2:17-cv-02484 | Yelvington, Margaret | 14 |
| 398 | 2:17-cv-02697 | Valles, Kathryn | 12 |
| 399 | 2:17-cv-02705 | Bailey, Mary | 12 |
| 400 | 2:17-cv-02706 | Barb, Janet | 13 |
| 401 | 2:17-cv-02708 | Bedy, Wendy | 12 |
| 402 | 2:17-cv-02721 | Medrano-Gonzalez, Raquel | 12 |
| 403 | 2:17-cv-02755 | Blackman, Marilyn | 11 |
| 404 | 2:17-cv-02760 | Buckler, Wendy | 12 |
| 405 | 2:17-cv-02762 | Carpy, Danielle & Charlie | 13 |
| 406 | 2:17-cv-02763 | Casarez, Gina | 12 |
| 407 | 2:17-cv-02766 | Darby, Roxanne | 12 |
| 408 | 2:17-cv-02767 | Doane, Ruth | 12 |
| 409 | 2:17-cv-02770 | Dupont, Juanita | 11 |
| 410 | 2:17-cv-02785 | Bowen, Cynthia | 12 |
| 411 | 2:17-cv-02789 | Farah, Maria | 11 |
| 412 | 2:17-cv-02811 | Schafer, Marion | 11 |
| 413 | 2:17-cv-02812 | Schuler, Shirley | 12 |
| 414 | 2:17-cv-02826 | Tessler, Eleanor | 11 |
| 415 | 2:17-cv-02827 | Thomas, Gayla | 13 |
| 416 | 2:17-cv-02830 | Tinker, Rhonda | 12 |
| 417 | 2:17-cv-02837 | Wigart, Melissa & Daylon | 13 |
| 418 | 2:17-cv-02846 | Burnett, Mary | 11 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 419 | 2:17-cv-02852 | Bailey-Pelletier, Gayle & Paul, Jr. | 12 |
| 420 | 2:17-cv-02860 | Longden, Marie | 12 |
| 421 | 2:17-cv-02864 | Newman, Lena | 12 |
| 422 | 2:17-cv-02866 | Moses, Etheleen | 12 |
| 423 | 2:17-cv-02867 | Seaberg, Gena & Greg P. | 13 |
| 424 | 2:17-cv-02868 | Tegethoff, Kris | 12 |
| 425 | 2:17-cv-02935 | Hernandez, Donna | 12 |
| 426 | 2:17-cv-02936 | Lindley, Rebecca | 12 |
| 427 | 2:17-cv-02937 | Leatherman, Gwen | 12 |
| 428 | 2:17-cv-02941 | Kamien, Diana | 11 |
| 429 | 2:17-cv-02946 | Hicks, Geneva | 11 |
| 430 | 2:17-cv-02950 | Harrigan, Mary Ann | 16 |
| 431 | 2:17-cv-02951 | Harllee, Elizabeth | 11 |
| 432 | 2:17-cv-02952 | Hall, Dianne | 12 |
| 433 | 2:17-cv-03087 | Showers, Doris | 11 |
| 434 | 2:17-cv-03118 | Cerqua, Jacquelin | 12 |
| 435 | 2:17-cv-03230 | Petrillo, Tracy | 11 |
| 436 | 2:17-cv-03263 | Allen, Linda | 12 |
| 437 | 2:17-cv-03266 | Crawford, Teresa | 12 |
| 438 | 2:17-cv-03273 | Mydler, Janet | 11 |
| 439 | 2:17-cv-03293 | Reed, Laresa | 11 |
| 440 | 2:17-cv-03295 | Riddle, Kimberly | 12 |
| 441 | 2:17-cv-03296 | Rodriguez, Maria | 11 |
| 442 | 2:17-cv-03302 | Yzaguirre, Ruth | 11 |
| 443 | 2:17-cv-03321 | Schachtner, Karen | 15 |
| 444 | 2:17-cv-03509 | Howard, Lula C. & Willie C. | 24 |
| 445 | 2:17-cv-03770 | Murphy, Sharon | 11 |
| 446 | 2:17-cv-03838 | Gandy, Linda | 12 |
| 447 | 2:17-cv-03839 | McCormick, Paige | 13 |
| 448 | 2:17-cv-03940 | Bart, Marilyn | 11 |
| 449 | 2:17-cv-03977 | Proctor, Sherry | 14 |
| 450 | 2:17-cv-04074 | Shelton, Sharon | 12 |
| 451 | 2:17-cv-04088 | Simpson, Judith & David | 13 |
| 452 | 2:17-cv-04121 | Trahan, Vicky | 11 |
| 453 | 2:17-cv-04200 | Floyd, Eramae & Gerald, Sr. | 13 |
| 454 | 2:17-cv-04219 | Martinez, Francisca | 20 |
| 455 | 2:17-cv-04251 | McDaniel, Sara | 14 |
| 456 | 2:17-cv-04442 | Cline, Rose | 10 |
| 457 | 2:17-cv-04465 | Voetsch, Elizabeth & Steve | 10 |
| 458 | 2:17-cv-04534 | Berry, Rita | 12 |
| 459 | 2:17-cv-04599 | Aregood, Janet | 14 |
| 460 | 2:18-cv-00065 | Hogan, Samantha & Earnest Matthews | 8 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No of Motion |
|---|---|---|---|
| 461 | 2:18-cv-00080 | Goodner, Kimberli | 10 |